JOHN SIMMONS, Appellant, *v.* JOHN E. VAN ETTEN, Respondent.

(Argued May 29, 1876; decided September 19, 1876.)

*M. Schoonmaker* for the appellant.

*John E. Van Etten* for the respondent.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.